Tionna Carvalho (SBN 299010)
tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310) 929-4900 | Fax: (310) 943-3838

Attorney for Plaintiff,
LORNE CURRIE

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORNE CURRIE, | Case No. 2:23-cv-00927-SPG-AS |
| Plaintiff, | *Hon. Sherilyn Peace Garnett* |
| vs. | **NOTICE OF SETTLEMENT OF DAMAGES ONLY** |
| FCA US, LLC; SCOTT ROBINSON CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive, | |
| Defendants. | |

    PLEASE TAKE NOTICE that Plaintiff LORNE CURRIE and Defendant FCA US, LLC have settled this matter regarding Plaintiff's damages.

Dated: March 20, 2025    STRATEGIC LEGAL PRACTICES, APC

                                                        Tionna Carvalho
                                                        Attorney for Plaintiff
                                                       LORNE CURRIE