UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-00927-SPG-AS | Date | November 24, 2025 |
| Title | Lorne Currie v. FCA US LLC et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez<br>Deputy Clerk | Not Reported<br>Court Reporter / Recorder |
| Attorneys Present for Plaintiff:<br>Not Present | Attorneys Present for Defendants:<br>Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 27, 2025, upon receipt of Plaintiff Lorne Currie's ("Plaintiff") Notice of Settlement, (ECF No. 19), the Court set an Order to Show Cause re Dismissal for April 23, 2025, (ECF No. 20). On April 21, 2025, the parties filed a Joint Stipulation Regarding Plaintiff's Fees, Costs, and Expenses and Request for Entry of Order. (ECF No. 23 ("Joint Stipulation")). The parties represented that Defendant FCA US, LLC ("Defendant") was to pay fees, costs, and expenses for the matter by July 17, 2025. (*Id.* at 2). After satisfaction of the payment, Plaintiff was to dismiss the case within ten (10) business days against all parties. (*Id.*). The Court vacated the April 23, 2025, Order to Show Cause hearing upon receipt of the Joint Stipulation. At present, Plaintiff has not dismissed the case.

The Court enjoys the inherent power to dismiss for lack of prosecution on its own motion. *See, e.g.*, *Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."). Consistent with that authority, the Court ORDERS Plaintiff to show cause, in writing, on or before December 10, 2025, why this case should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs' response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED**

| | : | |
|---|---|---|
| | Initials of Preparer | pg |